**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| TRUSTEES OF THE GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS LOCAL UNION NO. 27 WELFARE AND PENSION FUNDS, | ) ) ) ) ) ) | No. 14 CV 8362 |
| Plaintiffs, | ) ) | Judge Pallmeyer |
| v. | ) ) | Magistrate Judge Finnegan |
| COTTAGE GROVE GLASS, INC., an Illinois corporation, | ) ) ) ) | |
| Defendant. | ) | |

## PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT & JUDGMENT IN SUM CERTAIN

NOW COME the Plaintiffs, by and through their attorneys, and, in their Motion for Entry of Default & Judgment in Sum Certain, pursuant to Federal Rule of Civil Procedure 55, state as follows:

1. Plaintiffs filed their Complaint against Defendant on October 24, 2014, and served Defendant on October 30, 2014.

2. More than 20 days have passed since service of the Complaint, but Defendant has not answered or otherwise pled.

3. Defendant is in default.

4. According to the Declaration of Richard J. Wolf, Defendant owes Plaintiffs $36,788.07 for the period September 11, 2013 through January 31, 2014. See Ex. A.

5. According to the Declaration of Carolyn Frederick, Defendant's total liability to

Plaintiffs, factoring in the audit findings, Defendant's submitted monthly contribution reports, and Defendant's payments, is $79,627.74.  See Ex. B.

6. According to the Declaration of Andrew S. Pigott, Plaintiffs attorney's fees in this matter total $3,450.00.  See Ex. C.

WHEREFORE, Plaintiffs ask the Court to enter the Order attached to this Motion as Ex. D.

Respectfully submitted,
**TRUSTEES OF THE GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS LOCAL UNION NO. 27 WELFARE AND PENSION FUNDS**

By: <u>s/ Andrew S. Pigott</u>
   One of their Attorneys

Donald D. Schwartz
Andrew S. Pigott
**ARNOLD AND KADJAN**
203 N. LaSalle St., Ste. 1650
Chicago, Illinois 60601
(312) 236-0415