# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS LOCAL UNION NO. 27 WELFARE AND PENSION FUNDS, | No. 14 CV 8362 |
| Plaintiffs, | Judge Pallmeyer |
| v. | Magistrate Judge Finnegan |
| COTTAGE GROVE GLASS, INC., an Illinois corporation, | |
| Defendant. | |

## PLAINTIFFS' MOTION TO ENFORCE SETTLEMENT AGREEMENT & JUDGMENT IN SUM CERTAIN

NOW COME the Plaintiffs, by and through their attorneys, and, in their Motion to Enforce Settlement Agreement & Judgment in Sum Certain, state as follows:

1. On March 24, 2015, the Parties appeared before the Court and advised that they reached a settlement.

2. Under the terms of the settlement, Defendant would facilitate direct payment of $80,000.00 to the Funds from its general contractor, Ujamaa Construction, as it satisfactorily completed its Ujamaa projects. See Ex. A.

3. Under the settlement, Defendant would, additionally, pay $20,300.35 (including interest) on an promissory installment note basis. Defendant's president personally guaranteed the note payments. See Ex. B.

4. The Funds received $36,914.03 from Ujamaa Construction pursuant to the

settlement agreement. But, on account of Defendant's non-performance for Ujamaa, Plaintiffs expect no further payments from Ujamaa Construction. Plaintiffs' acknowledge receipt of an additional $18,341.08 from Defendant. See Ex. C.

5. Defendants also defaulted on the installment note both by failing to tender their June and July installments, and by failing to tender their February, March, and June 2015 contributions. According to the Declaration of Sarah Radtke, the balance due on the note is $20,233.38. See Ex. D.

6. According to the Declaration of Andrew S. Pigott, Plaintiffs incurred $49,395.00 in attorney fees in litigation over the contributions due for the period in question in this suit. See Ex. C.

WHEREFORE, Plaintiffs ask the Court to enter the Order attached to this Motion as Ex. E.

Respectfully submitted,
**TRUSTEES OF THE GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS LOCAL UNION NO. 27 FUNDS**

By: s/ Andrew S. Pigott
One of their Attorneys

Donald D. Schwartz
Andrew S. Pigott
**ARNOLD AND KADJAN**
203 N. LaSalle St., Ste. 1650
Chicago, Illinois 60601
(312) 236-0415